# Court of Appeals
# of the State of Georgia

ATLANTA, _____May 17, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1066.  JIHAD X. AL-MUJAHEED v. DONNA STUHRMAN.**

This case began in magistrate court and reached the state court by de novo appeal.  After the state court dismissed the case based on Plaintiff Jihad Al-Mujaheed's failure to appear, he filed this direct appeal.  We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Al-Mujaheed was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*_____05/17/2016_____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*